# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BREON LAVELLE SEGREE, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ANDREW M. SAUL, | : | No. 19-cv-05199-RAL |
| Commissioner of Social Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW** this 8th day of May, 2020, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Defendant's Uncontested Motion to Remand (Doc. No. 17) and Plaintiff's Request for Review (Doc. No. 14) are **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                              *s/Richard A. Lloret*
                                              RICHARD A. LLORET
                                              U.S. Magistrate Judge